**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−23676−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Christopher J. Kinzler
   114 West Ingomar Road
   Pittsburgh, PA 15237

Social Security No.:
   xxx−xx−3968

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>December 16, 2019<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>December 16, 2019<br>09:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/14/19

BY THE COURT

Gregory L. Taddonio
Judge

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                              Case No. 19-23676-GLT
Christopher J. Kinzler                                              Chapter 13
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                 Page 1 of 2              Date Rcvd: Nov 14, 2019
                              Form ID: rsc13             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db             +Christopher J. Kinzler,    114 West Ingomar Road,    Pittsburgh, PA 15237-4932
15125506       +Allegheny Health Network,    c/o State Collection Service,    2509 South Stoughton Road,
                 Madison, WI 53716-3314
15125507       +Citizens Bank,    Po Box 42023,    Providence, RI 02940-2023
15125510       +McCandless Township Sanitary Authority,    418 Arcadia Drive,    Pittsburgh, PA 15237-5597
15125511       +North Allegheny School District and,    McCandless Township,   c/o Keystone Collection Group,
                 Po Box 499,    Irwin, PA 15642-0499
15125515        WVU Medicine,    c/o University Health Associates,    Po Box 875,    Morgantown, WV 26507-0875
15141012       +WVU Medicine (Physician Billing),    PO Box 875,    Morgantown, WV 26507-0875
15141013        WVU Medicine Hospital Services,    PO Box 1127,    Morgantown, WV 26507-1127
15125514       +West View Water Authority,    210 Perry Hwy,    Pittsburgh, PA 15229-1895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 04:07:39     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 04:17:25
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15139728        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 04:03:22
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15125508        E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2019 04:02:23     Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
15125509        E-mail/Text: bankruptcy.bnc@ditech.com Nov 15 2019 04:06:52     Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
15128453        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 04:03:42     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15141007        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 04:07:38     PA Dept of Revenue,
                 Department 280946,    Harrisburg, PA 17128-0946
15151797       +E-mail/Text: bankruptcy@firstenergycorp.com Nov 15 2019 04:07:58     Penn Power,
                 5001 NASA Blvd,    Fairmont WV 26554-8248
15125512       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 15 2019 04:03:38     Regional Acceptance Corporation,
                 Po Box 830913,    Birmingham, AL 35283-0913
15126276       +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 04:01:57     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15125513        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 15 2019 04:05:31
                 Verizon,    Po Box 489,    Newark, NJ 07101-0489
                                                                                             TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
15141001*      +Allegheny Health Network,    c/o State Collection Service,    2509 South Stoughton Road,
                 Madison, WI 53716-3314
15141002*      +Citizens Bank,    Po Box 42023,    Providence, RI 02940-2023
15141003*       Credit One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
15141004*       Ditech,    PO Box 6172,    Rapid City, SD 57709-6172
15141005*      +McCandless Township Sanitary Authority,    418 Arcadia Drive,    Pittsburgh, PA 15237-5597
15141006*      +North Allegheny School District and,    McCandless Township,   c/o Keystone Collection Group,
                 Po Box 499,    Irwin, PA 15642-0499
15141008*      +Regional Acceptance Corporation,    Po Box 830913,    Birmingham, AL 35283-0913
15141009*       Verizon,    Po Box 489,    Newark, NJ 07101-0489
15141011*       WVU Medicine,    c/o University Health Associates,    Po Box 875,    Morgantown, WV 26507-0875
15141010*      +West View Water Authority,    210 Perry Hwy,    Pittsburgh, PA 15229-1895
                                                                                 TOTALS: 1, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: lfin              Page 2 of 2             Date Rcvd: Nov 14, 2019
                              Form ID: rsc13          Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:

```
              James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Debtor Christopher J. Kinzler julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 4
```