*FILING FEE PAID*    (Yes)    No

## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Kinzler_____    JAD/TPA/CMB/(GLT)

Case Number: __19-23676__

Date of Meeting: __12__/__16__/__19__    Recording # __X__

Debtor(s) present ___ or Not Present _✓_ (_✓_ No Payments Made or ___ partial payments)

Attorney for debtor(s) __K. Steidl A.__ (Present _✓_ or Not Present ___)

Date of Plan at § 341: __10-16-19__    Applicable commitment period ___ 3 yrs ___ 5 yrs

_____ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
__✓__ Meeting NOT HELD            __✓__ Order to Show Cause Requested
                                  _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_____ Continued to:
        _____ 341 Meeting    OR _____ Conciliation Conf. OR ___ *Contested Hearing
        On _____ at _____ am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee