**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Christopher J. Kinzler** | : | Case No. 19−23676−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per 12/23/19 Order |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 8th of January, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-23676-GLT
Christopher J. Kinzler                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2              Date Rcvd: Jan 08, 2020
                              Form ID: 309            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
```
db            +Christopher J. Kinzler,    114 West Ingomar Road,    Pittsburgh, PA 15237-4932
15125506      +Allegheny Health Network,    c/o State Collection Service,    2509 South Stoughton Road,
                Madison, WI 53716-3314
15125507      +Citizens Bank,    Po Box 42023,    Providence, RI 02940-2023
15161185       Ditech Financial LLC,    PO Box 12740,    Tempe, AZ 85284-0046
15125510      +McCandless Township Sanitary Authority,    418 Arcadia Drive,    Pittsburgh, PA 15237-5597
15162854      +North Allegheny School District,    c/o Keystone Collections Group,    546 Wendel Road,
                Irwin, PA 15642-7539
15125511      +North Allegheny School District and,    McCandless Township,    c/o Keystone Collection Group,
                Po Box 499,    Irwin, PA 15642-0499
15162855      +Town of McCandless,    c/o Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
15125515       WVU Medicine,    c/o University Health Associates,    Po Box 875,    Morgantown, WV 26507-0875
15141012      +WVU Medicine (Physician Billing),    PO Box 875,    Morgantown, WV 26507-0875
15141013       WVU Medicine Hospital Services,    PO Box 1127,    Morgantown, WV 26507-1127
15125514      +West View Water Authority,    210 Perry Hwy,    Pittsburgh, PA 15229-1895
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +EDI: PRA.COM Jan 09 2020 08:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15162638       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 03:55:41      CACH, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15139728       EDI: CAPITALONE.COM Jan 09 2020 08:23:00      Capital One Bank (USA), N.A.,
                by American InfoSource as agent,    PO Box 71083,    Charlotte, NC 28272-1083
15125508       E-mail/PDF: creditonebknotifications@resurgent.com Jan 09 2020 03:39:47      Credit One Bank,
                P.O. Box 98873,    Las Vegas, NV 89193-8873
15125509       E-mail/Text: bankruptcy.bnc@ditech.com Jan 09 2020 03:42:08      Ditech,    PO Box 6172,
                Rapid City, SD 57709-6172
15128453       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 03:40:14      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15141007       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 09 2020 03:43:00      PA Dept of Revenue,
                Department 280946,    Harrisburg, PA 17128-0946
15151797      +E-mail/Text: bankruptcy@firstenergycorp.com Jan 09 2020 03:43:20      Penn Power,
                5001 NASA Blvd,    Fairmont WV 26554-8248
15161535       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 09 2020 03:40:12      Regional Acceptance Corporation,
                PO Box 1847,    Wilson, NC 27894-1847
15125512      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 09 2020 03:40:12      Regional Acceptance Corporation,
                Po Box 830913,    Birmingham, AL 35283-0913
15126276      +EDI: RMSC.COM Jan 09 2020 08:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
15125513       EDI: VERIZONCOMB.COM Jan 09 2020 08:23:00      Verizon,    Po Box 489,    Newark, NJ 07101-0489
15158443       EDI: AIS.COM Jan 09 2020 08:23:00      Verizon,    by American InfoSource as agent,    PO Box 4457,
                Houston, TX 77210-4457
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Ditech Financial LLC
15141001*     +Allegheny Health Network,    c/o State Collection Service,    2509 South Stoughton Road,
                Madison, WI 53716-3314
15141002*     +Citizens Bank,    Po Box 42023,    Providence, RI 02940-2023
15141003*      Credit One Bank,    P.O. Box 98873,    Las Vegas, NV 89193-8873
15141004*      Ditech,    PO Box 6172,    Rapid City, SD 57709-6172
15141005*     +McCandless Township Sanitary Authority,    418 Arcadia Drive,    Pittsburgh, PA 15237-5597
15141006*     +North Allegheny School District and,    McCandless Township,    c/o Keystone Collection Group,
                Po Box 499,    Irwin, PA 15642-0499
15141008*     +Regional Acceptance Corporation,    Po Box 830913,    Birmingham, AL 35283-0913
15141009*      Verizon,    Po Box 489,    Newark, NJ 07101-0489
15141011*      WVU Medicine,    c/o University Health Associates,    Po Box 875,    Morgantown, WV 26507-0875
15141010*     +West View Water Authority,    210 Perry Hwy,    Pittsburgh, PA 15229-1895
                                                                                   TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Jan 08, 2020
                              Form ID: 309            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              James   Warmbrodt     on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Kenneth   Steidl     on behalf of Debtor Christopher J. Kinzler julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```